**IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RENEE A. STOPPEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-CV-197-FHM |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER

Plaintiff's unopposed amended Motion to Voluntary Dismissal, [Dkt. 14], is before the court. The court finds that the case should be and is hereby dismissed with prejudice and the case closed.

SO ORDERED this 21st day of September, 2016.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE